United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40761
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SALVADOR VARGAS NAVARRO,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CR-63-2-RAS
---------------------

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Salvador Vargas Navarro, federal prisoner no. 05101-010, is
serving a 360-month sentence for 1997 drug-trafficking
convictions. He appeals the district court's denial of his
motion styled "Motion to Correct or Amend the Presentence Report,
and Resentence De Novo." He argues that he is entitled to relief
because the sentencing court failed to resolve an issue raised in
the presentence report and because he was not present during
sentencing.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The rules that Navarro cites, FED. R. CRIM. P. 32 and 43, provide no procedural or jurisdictional vehicle for his collateral attack on his sentence.  He has thus "appealed from the denial of a meaningless, unauthorized motion."  See United States v. Early, 27 F.3d 140, 141 (5th Cir. 1994).  The ruling of the district court is AFFIRMED on grounds that the district court lacked jurisdiction to entertain such a motion.  See id.